**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

THOMAS HAROLD STIGER                                                  PLAINTIFF

v.                                        2:13CV00110-JTK

T. C. OUTLAW, et al.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 17th day of January, 2014.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE