**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

THOMAS HAROLD STIGER                                                                    PLAINTIFF

v.                                            2:13CV00110-JTK

UNITED STATES OF AMERICA                                                          DEFENDANT

## ORDER

By Order dated January 29, 2014, this Court indicated that Plaintiff's Response to Defendant's Summary Judgment Motion (Doc. No. 26) would be construed as a Motion for Reconsideration (Doc. No. 30). Defendants have now filed a Response to the Motion (Doc. No. 31), in accordance with the January 29, 2014 Order. Plaintiff is hereby directed to file a Reply to the Defendant's Response, within ten days of the date of this Order, including the reason(s) for the delay in filing the Summary Judgment Response. Failure to timely file this Reply shall result in the denial of the Motion for Reconsideration.

IT IS SO ORDERED this 12th day of February, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE